# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
    SCOTT AMOUR

Bankruptcy Case No.

**Plaintiff**

**09-11633**

BILL SCHOLZ, DBA CLEAR DEBT SOLUTIONS

**Defendant**

Adversary Proceeding No.

**09-1102**

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| 99 South "E" Street<br>Santa Rosa, CA 95404 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| JOHN A. VOS, ESQ.<br>1430 LINCOLN AVENUE, SAN RAFAEL, CA 94901 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| **U.S. Bankruptcy Court**<br>**99 South "E" Street**<br>**Santa Rosa, CA 95404** | Courtroom |
| | Date and Time<br>November 23, 2009<br>2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.**

SEP - 1 2009

Date

Gloria L. Franklin
_Clerk of the Bankruptcy Court_

/s/ Adrienne Paul
BY: _Deputy Clerk_