B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
  SCOTT AMOUR

Bankruptcy Case No.
**09-11633**

Plaintiff

BILL SCHOLZ, DBA CLEAR DEBT SOLUTIONS

Defendant

Adversary Proceeding No.
**09-1102**

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| 99 South "E" Street<br>Santa Rosa, CA  95404 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| JOHN A. VOS, ESQ.<br>1430 LINCOLN AVENUE, SAN RAFAEL, CA  94901 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 | Courtroom |
| | Date and Time<br>November 23, 2009<br>2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.**

Gloria L. Franklin
Clerk of the Bankruptcy Court

SEP - 1 2009

_Adrienne Paul_

Date

By: Deputy Clerk

# CERTIFICATE OF SERVICE

I, __BROOKE K. BIRKIE, Attorney at Law__, certify that I am, and at all times during
       (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service process was made. I further certify that the service of this summons and a copy of the complaint was
__Sept 9, 2009__ by:
   (date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

BILL SCHOLZ, individually and dba Clear Debt Solutions
1830 Wooddale Dr., Ste. 200
Woodbury, MN 55125

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____.
                                                                              (name of state)
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__Sept 23, 2009__                          _/s/ Brooke K. Birkie_
       Date                                        Signature
                                           Brooke K. Birkie, Attorney at Law

| Print Name |
|---|
| BROOKE K. BIRKIE, ATTORNEY AT LAW |
| Business Address: |
| 1430 LINCOLN AVENUE |
| City: SAN RAFAEL, CA    State:    Zip: 94901 |

(415) 485-5332