```
JOHN A. VOS, Esq. (80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
Counsel for Plaintiff
SCOTT AMOUR
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                               )    A/P No: 09-1102
SCOTT AMOUR,   Plaintiff,)
                               )
      -vs-                     )
BILL SCHOLZ, DBA CLEAR         )
      DEBT SOLUTIONS           )
               Defendant       )
_____)
```

**APPLICATION FOR CLERK'S DEFAULT**

The Defendant not having responded to the Complaint, Plaintiff makes application for Defendant's default.

Dated: October 3, 2009                    Respectfully submitted,

```
                                          ___/s/_____
                                          John A. Vos, Esq.
                                          Counsel for Plaintiff
```