```
 1  JOHN A. VOS, Esq. (80790)
    1430 Lincoln Avenue
 2  San Rafael, CA 94901
    (415) 485-5330
 3  Counsel for Plaintiff
    SCOTT AMOUR
 4

 5

 6

 7

 8                    UNITED STATES BANKRUPTCY COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10  In re SCOTT AMOUR,        )    Ch 7 Case #: 09-11633
            Debtor            )
11  _____ )
                              )    A/P No: 09-1102
12  SCOTT AMOUR,   Plaintiff, )
                              )
13       -vs-                 )
    BILL SCHOLZ, DBA CLEAR    )
14      DEBT SOLUTIONS        )
                   Defendant  )
15  _____ )
```

16  **CERTIFICATE OF SERVICE OF APPLICATION FOR CLERK'S DEFAULT**

17  I, John A. Vos, state and declare under penalty of perjury of

18  the laws of the United States of America that I am over the age of

19  18 years and not a party to this action, and that on the 3rd day of

20  October 2009 at San Rafael, California I deposited in the United

21  States Mails in a sealed envelope, first class postage fully

22  prepaid, a true and correct copy of the APPLICATION FOR CLERK'S

23  DEFAULT addressed to:

24      BILL SCHOLZ, DBA CLEAR DEBT SOLUTIONS
        1830 WOODDALE DR. STE 200
25      WOODBURY, MN 55125

26  Executed this 3rd day of October, 2009 at San Rafael, CA

27                                        ___/s/_____
                                          John A. Vos, Esq.
28                                        Counsel for Plaintiff