# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re

Scott Irvine Amour
    Debtor(s).

Bankruptcy Case No. 09-11633

Scott Irvine Amour
    Plaintiff,

v.

Bill Scholz
    Defendants.

Adversary Case No. 09-1102

**FILED OCT 15 2009**
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Bill Scholz

Therefore, default is entered as authorized by bankruptcy Rule 7055.

               Gloria L. Franklin
               Clerk of the Bankruptcy Court

October 15, 2009      By:  Dan Sondheim
Date             Deputy Clerk