1  William R. Mitchell [SBN: 101858]
   LOGAN RETOSKE, LLP
2  31351 Rancho Viejo Road, Suite 202
   San Juan Capistrano, California 92675
3  Telephone: (949) 489-1251
   Facsimile: (949) 489-1257
4  Email: bill@loganretoske.com
5
   Attorneys for Defendant
6  BILL SCHOLZ
7

**FILED**

**JAN 2 8 2010**

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  In re: | Bankruptcy Case No.: 09-11633 |
| 12     SCOTT AMOUR, | Adversary Proceeding No.: 09-1102 |
| 13                      Debtor. | Presiding Judge: Hon. Judge Jaroslovsky |
| 14 | **DEFENDANT'S NOTICE OF MOTION** |
| 15  SCOTT AMOUR, | **AND MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES IN** |
| 16 | **SUPPORT THEREOF; DECLARATION** |
| 17            Plaintiff; | **OF BILL SCHOLZ; DECLARATION OF BRETT COLOMBINI; DECLARATION** |
| 18        vs. | **OF WILLIAM R. MITCHELL;  AND DEFENDANT'S [PROPOSED] ANSWER** |
| 19  BILL SCHOLZ, DBA CLEAR DEBT | **TO PLAINTIFF'S COMPLAINT** |
| 20  SOLUTIONS, | Complaint Filed:   August 29, 2009 |
| 21            Defendant. | DATE:       Friday, March 5, 2010 |
| 22 | TIME:       10:00 A.M.  DEPT:        Courtroom |

23

24  **TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

25       PLEASE TAKE NOTICE that on March 5, 2010, at 10:00 a.m., or as soon thereafter as the

26  matter may be heard, in the Courtroom of the above-entitled Court, located at 99 South "E" Street,

27  Santa Rosa, California, Defendant BILL SCHOLZ, ("Scholz"), will move for an order to set aside

28  the clerk's Entry of Default entered against Scholz on October 15, 2009.

---

**DEFENDANTS NOTICE OF MOTION AND MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

1

1       The Motion is based on this Notice, the accompanying Memorandum of Points and

2  Authorities, Declarations of Bill Scholz, Brett Colombini, and counsel of record, William R.

3  Mitchell, Defendant's [Proposed] Answer to Plaintiff's Complaint, all the pleadings and papers on

4  file herein, and on such other documentary or oral evidence as may be presented at the hearing on

5  the Motion.

6

7  DATED: January 26, 2010               LOGAN RETOSKE, LLP

8

9                                By: _____

10                                William R. Mitchell
                                  Attorneys for Defendant

11                                BILL SCHOLZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS NOTICE OF MOTION AND MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

2