```
JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
San Rafael, CA  94901
(415) 485-5330
For Plaintiff
SCOTT AMOUR
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>  SCOTT AMOUR,<br>                    Debtor<br>_____<br>  SCOTT AMOUR,<br>                    Plaintiff<br>            -vs-<br>  BILL SCHOLZ dba CLEAR DEBT SOLUTIONS<br>                    Defendant | No: 09-11633<br><br><br><br>Adv Pro No: 09-1102 |

**PLAINTIFF'S PRE-TRIAL DISCLOSURES**

    To: Defendant BILL SCHOLZ dba CLEAR DEBT SOLUTIONS

    Plaintiff Scott Amour makes the following pre-trial disclosures in the above-captioned proceeding. Because the Defendant failed to produce documents in response to the Plaintiff's document-production request, and served evasive responses to interrogatories and requests for admissions, Plaintiff reserves the right to modify these pre-trial disclosures prior to, or at, time of trial

            **I. WITNESSES**

**A.**    Witnesses Plaintiff expects to testify

    Defendant Bill Scholz

    Scott Amour

B.  **Witnesses Plaintiff may call to testify if the need arises**

Marissa Galzagorry

Brooke Birkie

Plaintiff's private investigator

Plaintiff's investigative witness(es)

## II.  EXHIBITS

A.  **Exhibits Plaintiff Expects to offer or may offer if the need arises**

| Exhibit No. | Brief Description |
|---|---|
| 1. | Emails from Defendant to Plaintiff; |
| 2. | Defendant's webpage(s) |
| 3. | Declaration(s) of Defendant<br>- January 20, 2010 |
| 4. | Correspondence from Defendant to Plaintff<br>- October 7, 2008<br>- October 7, 2008 (client payment confirmation<br>- Undated - Fund Transfer Schedule<br>- October 9, 2008 (Rocky Mountain)<br>- January 15, 2009 (Rocky Mountain)<br>- February 16, 2009 (Rocky Mountain)<br>- Undated - Payment Schedule<br>- April 30, 2009<br>- January 4, 2009<br>- Special Purpose Account Application 1/4/09<br>- April 17, 2009<br>- Group exhibit - Written materials provided<br>    By Defendant to Plaintiff<br>    Including schedule of program debt |
| 5. | Correspondence from Plaintiff to Defendant<br>- April 24, 2009<br>- Fax transmission confirmation April 24, 2009<br>- January 4, 2009<br>- January 18, 2009<br>- Undated - income and expense worksheet |
| 6. | Correspondence between Defendant and Atty Vos<br>- July 30, 2009<br>- July 29, 2009<br>- July 24, 2009 |
| 7. | FedEx label(s)<br>- Pkg Trk #: 797832238513<br>- Pkg Trk #: 796803803935 |

| | |
|---|---|
| 8. | Citibank check from Quality Support Services LLC dated 3/10/10 in the sum of $750 |
| 9. | Letter(s) from Atty Vos to Atty Mitchell<br>- November 20, 2009 |
| 10. | Plaintiff's income tax returns for 2008 and 2009 |
| 11. | Plaintiffs Schedules and Statement of Financial Affairs on file herein |
| 12. | Plaintiff's Statement of Social Security Benefits Form SSA-1099 for 2008 |
| 13. | Plaintiff's scredit card statement(s)<br>- 10/0108 - 10/31/08<br>- 11/01/08 - 11/30/08<br>- 12/01/08 - 12/31/08<br>- 01/01/09 - 01/31/09<br>- 02/01/08 - -02/28/09<br>- 03/01/09 - 03/31/09<br>- 04/01/09 - 04/30/09 |
| 13. | Plaintiffs letters to his creditors<br>- Group exhibit October 12, 2008 |

Dated: August 22, 2010

Respectfully submitted,

/s/
John A. Vos
Counsel for Plaintiff
SCOTT AMOUR