William R. Mitchell [SBN: 101858]
LOGAN RETOSKE, LLP
31351 Rancho Viejo Road, Suite 202
San Juan Capistrano, California 92675
Telephone: (949) 489-1251
Facsimile: (949) 489-1257
Email: bill@loganretoske.com

Steven M. Olson [SBN: 146120]
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Attorneys for Defendant
BILL SCHOLZ dba CLEAR DEBT SOLUTIONS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SCOTT AMOUR,<br><br>                    Debtor. | Bankruptcy Case No.: 09-11633 |
| SCOTT AMOUR,<br><br>        Plaintiff;<br><br>   vs.<br><br>BILL SCHOLZ, DBA CLEAR DEBT SOLUTIONS,<br><br>       Defendant. | Adversary Proceeding No.: 09-1102<br><br>Presiding Judge: Hon. Judge Jaroslovsky<br><br><br>**DEFENDANT BILL SCHOLZ'S PRE-TRIAL DISCLOSURES** |

TO: Plaintiff Scott Amour

Defendant Bill Scholtz dba Clear Debt Solutions makes the following pre-trial disclosures in the above-captioned proceeding. Defendant reserves the right to modify these pre-trial disclosures prior to, or at, time of trial.

## I. WITNESSES

**A. Witnesses Defendant Expects to Testify**

    Bill Scholz

    Scott Amour

**B. Witnesses Defendant May Call to Testify if the Need Arises**

    Brett Colombini, CEO of Clear Debt Solutions

## II. EXHIBITS

| Exhibit No. | Brief Description |
|---|---|
| A | Debt Settlement Agreement between Scott Amour and Clear Debt Solutions dated 10/05/2008 |
| B | Assumed name certificate filed with the Minnesota Secretary of State |
| C | Amendments filed with the Minnesota Secretary of State |
| D | Documents reflecting Bill Scholz's employment with Quality Support Services, LLC |

DATED: September 10, 2010    LAW OFFICE OF STEVEN M. OLSON

By: */S/ Steven M. Olson*
      Steven M. Olson
Attorneys for Defendant
BILL SCHOLZ