William R. Mitchell [SBN: 101858]
LOGAN RETOSKE, LLP
31351 Rancho Viejo Road, Suite 202
San Juan Capistrano, California 92675
Telephone: (949) 489-1251
Facsimile: (949) 489-1257
Email: bill@loganretoske.com

Steven M. Olson [SBN: 146120]
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Attorneys for Defendant
BILL SCHOLZ dba CLEAR DEBT SOLUTIONS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>SCOTT AMOUR,<br><br>Debtor. | Bankruptcy Case No.: 09-11633<br><br>Adversary Proceeding No.: 09-1102<br><br>Presiding Judge: Hon. Judge Jaroslovsky |
| SCOTT AMOUR,<br><br>Plaintiff;<br><br>vs.<br><br>BILL SCHOLZ, DBA CLEAR DEBT SOLUTIONS,<br><br>Defendant. | **DEFENDANT BILL SCHOLZ'S OBJECTIONS TO PLAINTIFF SCOTT AMOUR'S PRE-TRIAL DISCLOSURES** |

TO: Plaintiff Scott Amour

Defendant Bill Scholtz dba Clear Debt Solutions makes the following objections to Plaintiff's pre-trial disclosures in the above-captioned proceeding.

## I. EXHIBITS

| Exhibit No. | Objections |
|---|---|
| 3 | Declaration(s) of Defendant<br>- January 20, 2010 |
| 6 | Correspondence between Defendant and Attorney Vos<br>- July 30, 2009<br>- July 20, 2009<br>- July 24, 2009 |

Defendant objects to these exhibits being offered at the trial on this matter on the basis that they are offers to compromise and are precluded from being offered as evidence at trial pursuant to Fed. R. Evid. § 408. Defendant would be unfairly prejudiced if these exhibits are allowed as evidence in this matter and any conceivable probative value contained therein is outweighed by the potential harm to Defendant. Any information contained in these exhibits, which Plaintiff may claim is being offered for a permissible purpose, can be obtained from other sources.

DATED: September 10, 2010        LAW OFFICE OF STEVEN M. OLSON

By: */S/ Steven M. Olson*
        Steven M. Olson
Attorneys for Defendant
BILL SCHOLZ